IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD B. BURGESS,

                Plaintiff,

v.

RYAN SHIMA and BRIAN BENISH,

                Defendants.

SPECIAL VERDICT FORM

21-cv-401-jdp

We, the jury, for our special verdict, do find as follows:

**QUESTION 1.** Did defendant Ryan Shima violate plaintiff Edward Burgess's Eighth Amendment rights?

    Answer: __NO__ (Yes or No)

*Answer Question 2.*

**QUESTION 2.** Did defendant Brian Benish violate plaintiff Edward Burgess's Eighth Amendment rights?

    Answer: __NO__ (Yes or No)

*If you answered YES to Question 1 OR Question 2, answer Question 3. If you answered NO to Question 1 AND Question 2, STOP and do not answer any more questions.*

**QUESTION 3.** What amount of money, if any, would fairly and adequately compensate Burgess for any harm resulting from the violation(s) of his Eighth Amendment rights?

      Answer:    $ _____

*If you answered YES to Question 1, answer Question 4. If you answered NO to Question 1, go on to Question 5.*

**QUESTION 4.** What amount of money, if any, do you award as punitive damages against Ryan Shima?

      Answer:    $ _____

*If you answered YES to Question 2, answer Question 5. If you answered NO to Question 2, STOP and do not answer any more questions.*

**QUESTION 5.** What amount of money, if any, do you award as punitive damages against Brian Benish?

      Answer:    $ _____

*[signed] Isaac Older*
Presiding Juror

Madison, Wisconsin

Date: 10/5/2022