IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD BURGESS,

    Plaintiff,

v.

                                    Case No. 21-cv-401-jdp

RYAN SHIMA and BRIAN BENISH,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Edward Burgess's claims against Ryan Shima and Brian Benish.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Ryan Shima and Brian Benish in accordance with the jury's verdict.

Approved as to form this 6TH day of October, 2022.

_____
James D. Peterson
District Judge

| s/V. Olmo, Deputy Clerk | 10/6/2022 |
|---|---|
| Joel Turner, Clerk of Court | Date |